# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Randy William Norman,** | : |
| Plaintiff, | : |
| | : Civil Action No.: |
| v. | : |
| | : |
| **Amazon.com Services, LLC,** | : April 14, 2020 |
| Defendant. | : |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Amazon.com Services, LLC ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332 (diversity jurisdiction), 1441, and 1446 and removes this action from the State of Connecticut Superior Court, Judicial District of Hartford at Hartford, to the United States District Court for the District of Connecticut. As its reasons for removal, Defendant states:

1.  By Summons and Complaint, Plaintiff Randy William Norman ("Plaintiff") commenced a civil action against Defendant in Connecticut Superior Court titled *Randy William Norman v. Amazon.com Services, LLC,* Docket No. HHD-CV20-6126176-S (the "Superior Court Action"). A true and correct copy of the Summons and Complaint served by Plaintiff on Defendant on March 17, 2020 is attached hereto as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date. 28 U.S.C. § 1446(a).

2.  This Notice of Removal is being filed within 30 days of the date Defendant was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and, upon information and belief, the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Plaintiff alleges that his employment was wrongfully terminated on May 13, 2019, and he seeks lost wages, compensatory damages, alleged emotional distress and attorneys' fees as a result. *See* Complaint, at ¶¶ 29, 33-35.

4. The Summons and Complaint state that Plaintiff is, and was at all times relevant to this removal, a citizen of the State of Connecticut. *See* Complaint, at ¶ 1.

5. The Summons and Complaint further state the Defendant is a foreign corporation organized under the laws of Delaware. *See* Complaint, at ¶ 2. Amazon.com Sales, Inc. is the only member of Defendant Amazon.com Services LLC. Amazon.com Sales, Inc. is a Delaware corporation with its corporate headquarters and principal place of business in Washington. Accordingly, Defendant Amazon.com Services LLC, is a citizen of Delaware and Washington because it is a limited liability company whose only member is incorporated in Delaware and has its principal place of business in Washington. *See Handelsman v. Bedford Vill. Associates Limited Partnership,* 213 F.3d 48, 51–52 (2d Cir. 2000) (for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), a limited liability company takes the citizenship of each of its members); *N. Sails Grp., LLC v. Boards & More GmbH*, Docket No. 3:18-CV-160 (CSH), 2018 WL 731797, at *4 (D. Conn. Feb. 6, 2018) ("If a member of the limited liability company is a corporation, pursuant to 28 U.S.C. § 1332(c)(1), its citizenship shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.") (internal quotation marks omitted).

6.     This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending.  28 U.S.C. §§ 1441(a) and 1446(a).

7.     Attached hereto as Exhibit B is a copy of the Notice to Superior Court of Filing of Notice of Removal, the original of which is being filed with the Superior Court, Judicial District of Hartford at Hartford.  28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this matter be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

Respectfully submitted,

/s/ *Elizabeth R. McKenna*
Elizabeth R. McKenna (ct28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
EMcKenna@littler.com

4.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of April, 2020, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

Emanuele R. Cicchiello
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114

manny@cicchielloesq.com

                                                    /s/ *Elizabeth R. McKenna*
                                                  Elizabeth R. McKenna

# Exhibit A

Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **AMAZON.COM SERVICES LLC** | Citizenship/State Inc: | **Foreign/DE** |
| Business ID: | **1334640** | Last Report Filed Year: | **NONE** |
| Business Address: | **410 TERRY AVENUE NORTH, SEATTLE, WA, 98109-5210** | Business Type: | **Foreign Limited Liability Company** |
| Mailing Address: | **410 TERRY AVENUE NORTH, SEATTLE, WA, 98109-5210** | Business Status: | **Active** |
| Date Inc/Registration: | **Jan 30, 2020** | Name in Place of Formation: | **AMAZON.COM SERVICES LLC** |
| Commence Business Date: | **Dec 30, 2019** | | |
| Annual Report Due Date: | **03/31/2021** | | |
| NAICS Code: | **0None (00 )** | NAICS Sub Code: | **None (000000 )** |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| MICHAEL D. DEAL  MANAGER | 410 TERRY AVENUE NORTH, SEATTLE, WA, 98109-5210 | 7607 79TH AVENUE SE, MERCED ISLAND, WA, 98040-5522 |

## Agent Summary

| | |
|---|---|
| Agent Name | **CORPORATION SERVICE COMPANY** |
| Agent Business Address | **50 WESTON STREET, HARTFORD, CT, 06120-1537** |
| Agent Residence Address | **NONE** |
| Agent Mailing Address | **50 WESTON STREET, HARTFORD, CT, 06120-1537** |

## OTHER ADDRESSES:

Address in the State of Formation: **NONE**

Mailing Address in the State of Formation: **NONE**

| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 10-15<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov  |
|---|---|

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

**TO: Any proper officer;** BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford 06106 | ( 860 ) 548-2700 | April   14 , 2020 |

| ☒ Judicial District    ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
| ☐ Housing Session | Hartford | Major: M   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Emanuele R. Cicchiello, Esq., Cicchiello & Cicchiello, LLP, 364 Franklin Ave., Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| **First Plaintiff** | Name: Randy William Norman<br>Address: 272 Vine Street, Hartford, CT 06112 | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name: Amazon.com Services, LLC<br>Address: Agent for Service: Corporation Service Company, 50 Weston St., Hartford, CT 06120 | D-01 |
| **Additional Defendant** | Name:<br>Address: | D-02 |
| **Additional Defendant** | Name:<br>Address: | D-03 |
| **Additional Defendant** | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Emanuele R. Cicchiello, Esq. | Date signed<br>03/12/2020 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
DIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | |
|---|---|
| RETURN DATE: APRIL 14, 2020 | : SUPERIOR COURT |
| | : |
| RANDY WILLIAM NORMAN | : JUDICIAL DISTRICT |
| | : |
| VS. | : OF HARTFORD |
| | : |
| AMAZON.COM SERVICES, LLC | : MARCH 12, 2020 |

## COMPLAINT

**COUNT ONE:** Disability and/or Perceived Disability Discrimination and Wrongful Termination in Violation of Conn. Gen. Stat. § 46a-60(b)(1)

1. Plaintiff, Randy William Norman, has at all times relevant been a resident of the city of Hartford, in the State of Connecticut.

2. The Defendant, Amazon..com Services, LLC, is a foreign corporation organized under the laws of Delaware, with a place of business located 200 Old Iron Ore Road, Windsor, Connecticut 06095.

3. Defendant is a worldwide online retailer.

4. At all relevant times herein, the Plaintiff was qualified for his job.

5. At all relevant times herein, the Plaintiff was capable of performing the essential functions of his position with or without a reasonable accommodation.

6. The Plaintiff was hired by the Defendant in or about early October of 2018, for a position in its distribution warehouse in Windsor, Connecticut.

7. The Plaintiff's job duties included rapidly processing, organizing and alphabetizing items into boxes for shipment and distribution.

8. The Plaintiff's position was demanding insofar as it required him to correctly process approximately 100 boxes per hour.

9. About two weeks into his employment, the Plaintiff began to suffer from a medical disability that affected his short-term memory.

10. The Plaintiff's medical disability made meeting Defendant's quota of 100 precisely sorted boxes per hour difficult.

11. The Plaintiff sought a medical evaluation and treatment from his physician and was diagnosed with a short-term memory disorder which was caused by the stressful processing quotas at work.

12. The Plaintiff's physician ordered him to remain out of work in order to receive treatment for his disability from about mid-November 2018, until early January 2019.

13. When he returned to work, the Plaintiff requested from the Defendant a reasonable accommodation for his disability in a position that did not require processing one hundred boxes per hour.

14. The Plaintiff's physician completed the accommodation form which the Defendant required, and the physician even discussed the specifics of the Plaintiff's necessary accommodation with the Defendant's human resources department.

15. The Defendant's proffered accommodation was to allow the Plaintiff to select from six other available positions with the Defendant.

16. The Plaintiff then began work in a different position on or about January 19, 2019.

17. After about one week, the Plaintiff realized that the new position was substantially the same as his old position and was therefore not a meaningful accommodation of his disability.

18. The Plaintiff then spoke to the Defendant's human resources accommodations staff again and requested another job from the list of six they had offered him.

19. The Defendant responded that if he wanted the accommodation of selecting another position, he would need to go through the entire application for an accommodation process all over again, from the beginning.

20. The Plaintiff then returned to his physician to restart another application for an accommodation.

21. Plaintiff's physician began the application again and sent the Plaintiff to a specialist in order to bolster the documentation supporting the Plaintiff's application.

22. The Plaintiff then submitted his second application for an accommodation and received no response from the Defendant.

23. The Plaintiff then wrote to the accommodations office and pleaded that he be allowed to switch to another one of the six positions he had initially been offered.

24. The Defendant ignored Plaintiff's request.

25. Shortly after, the Plaintiff was disciplined for failing to correctly meet the processing quotas which were essentially impossible for him to meet due to his disability and the Defendant's failure to accommodate it.

26. The Plaintiff promptly appealed the discipline pursuant to the Defendant's disciplinary appeals process.

27. The Defendant required disciplinary appeals to be submitted within seven days of the discipline being issued, and the Plaintiff submitted his appeal within two days of receiving the discipline.

28. Upon information and belief, Greg [last name unknown] in the Defendant's human resources department, destroyed the appeal the Plaintiff submitted, ensuring it would be time-barred by the seven-day limit.

29. On or about May 13, 2019, the Defendant terminated the Plaintiff's employment. The reason the Plaintiff was given for his termination was that he had exceeded his allotment of PTO by two hours over the course of three months.

30. Any reason(s) proffered by the Respondent for the Plaintiff's termination is pretext to mask its unlawful conduct.

31. The Plaintiff was discriminated against, treated unequally, and ultimately wrongfully terminated because of his disability and/or perceived disability.

32. The foregoing conduct of the Defendant constitutes disability discrimination and wrongful termination in violation of the Connecticut Fair Employment Practices Act.

33. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff was denied the opportunity of gainful employment. As such, the Plaintiff has suffered a substantial loss of income and other employment benefits and will continue to suffer the loss of same all to his loss and detriment.

34. As a further result of the foregoing unlawful conduct, the Plaintiff has incurred attorney's fees and costs in order to obtain the right to which she is entitled.

35. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

36. Plaintiff filed an administrative complaint with the Commission on Human Rights and Opportunities on or about November 1, 2019. Plaintiff received a Release of Jurisdiction letter dated March 3, 2020. This complaint is brought within ninety (90) days of said Release of Jurisdiction letter, which is attached hereto as **Exhibit A**.

**COUNT TWO:**    **Failure to Accommodate in Violation of Conn. Gen. Stat. § 46a-60(b)(1)**

1. The Plaintiff repeats and re-alleges Paragraphs 1 through 30 above as Paragraphs 1 through 30 of this Second Count as if fully set forth herein.

30. The Defendant terminated the Plaintiff's employment because of his medical disability and/or as a means of denying him a reasonable accommodation necessitated by his disability, as set forth above, in violation of Conn. Gen. Stat. § 46a-60(b)(1).

31. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

32. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has incurred, or will incur attorney's fees and costs.

**COUNT THREE:**   **Retaliation in Violation of Conn. Gen. Stat. § 46a-60(b)(4)**

1. The Plaintiff repeats and re-alleges Paragraphs 1 through 30 above as Paragraphs 1 through 30 of this Third Count as if fully set forth herein.

30. The Defendant, through its agents, servants, and/or employees, retaliated against the Plaintiff for engaging in a protected employment activity by terminating his employment

31. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer, lost wages, fringe benefits, as well as other consequential losses and damages.

32. As a result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

33. As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has incurred, or will incur attorney's fees and costs.

THE PLAINTIFF
RANDY WILLIAM NORMAN

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | |
|---|---|
| RETURN DATE: APRIL 14, 2020 | : SUPERIOR COURT |
| | : |
| RANDY WILLIAM NORMAN | : JUDICIAL DISTRICT |
| | : |
| VS. | : OF HARTFORD |
| | : |
| AMAZON.COM SERVICES, LLC | : MARCH 12, 2020 |

## PRAYER FOR RELIEF

**WHEREFORE**, the plaintiff claims:

1. Money damages;

2. Costs of this action;

3. Allowable costs; and,

4. Such other relief as the Court deems just and proper.

THE PLAINTIFF
RANDY WILLIAM NORMAN

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
_____
KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| **RETURN DATE: APRIL 14, 2020** | : | **SUPERIOR COURT** |
| | : | |
| **RANDY WILLIAM NORMAN** | : | **JUDICIAL DISTRICT** |
| | : | |
| **VS.** | : | **OF HARTFORD** |
| | : | |
| **AMAZON.COM SERVICES, LLC** | : | **MARCH 12, 2020** |

### STATEMENT OF AMOUNT IN DEMAND

The amount in demand is $15,000 or more, exclusive of costs and interest.

THE PLAINTIFF
RANDY WILLIAM NORMAN

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Juris No.: 419987
Email: manny@cicchielloesq.com

A TRUE COPY ATTEST
KEITH J. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

# EXHIBIT A

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Randy William Norman
**COMPLAINANT**

CHRO No.   2010227

vs.

EEOC No.   16A202000286

Aamzon Logistics, Inc.
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** 3/3/20

_Tanya A. Hughes_
Tanya A. Hughes, Executive Director

**Service:**
Complainant: manny@cicchielloesq.com
Respondent: emckenna@littler.com

# Exhibit B

| | |
|---|---|
| DOCKET NO:  HHD-CV20-6126176-S | SUPERIOR COURT |
| **Randy William Norman,** | J.D. OF HARTFORD |
| Plaintiff, | AT HARTFORD |
| v. | |
| **Amazon.com Services, LLC,** | April 14, 2020 |
| Defendant. | |

### NOTICE TO SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Amazon.com Services, LLC today filed a Notice of Removal of this action in the United States District Court for the District of Connecticut.  A copy of said Notice is attached hereto as Exhibit A.

This Notice to Superior Court was filed and served pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

/s/ *Elizabeth R. McKenna*
Elizabeth R. McKenna (ct28113)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
EMcKenna@littler.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2020, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

Emanuele R. Cicchiello
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114

manny@cicchielloesq.com

/s/ *Elizabeth R. McKenna*
Elizabeth R. McKenna

2.